**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Reliable Contracting Group　v. DVA

No. 14-1326

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Reliable Contracting Group
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant
☑ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　Name:　　　　　　　　Reginald Ashton Williamson
　Law firm:　　　　　　Kilpatrick Townsend & Stockton LLP
　Address:　　　　　　 1100 Peachtree Street, Suite 2800
　City, State and ZIP:　Atlanta, GA 30309
　Telephone:　　　　　 404-815-6095
　Fax #:　　　　　　　 404-541-4777
　E-mail address:　　　rwilliamson@kilpatricktownsend.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes　　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

　3/18/2013　　　　　　　　　　　　　s/ Reginald A. Williamson
　　Date　　　　　　　　　　　　　Signature of pro se or counsel

cc: William J. Grimaldi, Esq.

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 18, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

|  |  |
|---|---|
| | s/ Reginald A. Williamson |
| KILPATRICK TOWNSEND & STOCKTON LLP | Reginald A. Williamson |
| | Georgia Bar No. 462110 |
| 1100 Peachtree Street, Suite 2800 | |
| Atlanta, GA 30309-4530 | |
| (404) 815-6095 | |
| Fax: (404) 541-4777 | Attorney for Appellant |
| rwilliamson@kilpatrickstockton.com | Reliable Contracting Group |