**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Reliable Contracting Group   v.  DVA

No. 14-1326

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   Reliable Contracting Group
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

- Name: William E. Dorris
- Law firm: Kilpatrick Townsend & Stockton LLP
- Address: 1100 Peachtree Street, Suite 2800
- City, State and ZIP: Atlanta, GA 30309
- Telephone: 404-815-6104
- Fax #: 404-541-3183
- E-mail address: bdorris@kilpatricktownsend.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/25/1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/18/2014                             s/ William E. Dorris
  Date                            Signature of pro se or counsel

cc: William J. Grimaldi, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 18, 2014, I electronically filed the foregoing Entry of Appearance for William E. Dorris with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

|  |  |
|---|---|
|  | /s/ Reginald A. Williamson |
| KILPATRICK TOWNSEND & STOCKTON LLP | Reginald A. Williamson |
| 1100 Peachtree Street, Suite 2800 | Georgia Bar No. 462110 |
| Atlanta, GA 30309-4530 |  |
| (404) 815-6095 |  |
| Fax: (404) 541-4777 | Attorney for Appellant |
| rwilliamson@kilpatrickstockton.com | Reliable Contracting Group |